Hector J. Carbajal II, Esq.
Nevada Bar No. 6247
CARBAJAL LAW
10001 Park Run Drive
Las Vegas, Nevada 89145
T: (702) 846-0040
F: (702) 846-1329
hector@claw.vegas
*Attorneys for Defendant Ross Silver*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TALASAZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROSS SILVER, an individual; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00116-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND COURT ORDERED BRIEFING DEADLINE OF MARCH 13, 2019** |

  Plaintiff Michael Talasaz, by and through his attorney Christopher S. Connell, Esq. of the law firm of Connell Law and Defendant Ross Silver by and through his attorney of record Hector J. Carbajal II, Esq. of the law firm of Smith Carbajal, hereby stipulate and agree to extend the Court Ordered deadline for the parties submission of simultaneous briefs for the certification of proposed questions to the Supreme Court of Nevada. The deadline for those submissions is current set for March 13, 2019.

  On Monday March 4, 2019, at a Calendar Call for another matter pending in District Court, Clark County, Nevada, counsel for Defendant Ross Silver was informed that District Court, District of Nevada, Counsel for Defendant Ross Silver informed that the trial for that matter would take place on March 13, 2019. That is the same date that briefs are due to this Court pursuant to its Minutes of Proceeding issued on February 20, 2019. Given the work necessitated by the trial in the other matter,

counsel for Defendant Ross Silver needs additional time to finalize and submit briefs to the Court. The parties agree to a week extension for the submission of simultaneous briefs for the certification of proposed questions to the Supreme Court of Nevada. The briefs will be due on March 20, 2019.

| | |
|---|---|
| DATED March 8, 2019. | DATED March 8, 2019. |
| /s/ Hector J. Carbajal II | /s/ Christopher S. Connell |
| Hector J. Carbajal II, Esq.<br>CARBAJAL LAW<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 | Christopher S. Connell, Esq.<br>CONNELL LAW<br>6671 Las Vegas Blvd., Suite 201<br>Las Vegas, NV 89102 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of March, 2019.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that pursuant to F.R.C.P. 5 on March 8, 2019, I caused service of the foregoing **STIPULATION AND ORDER TO EXTEND COURT ORDERED BRIEFING DEADLINE OF MARCH 13, 2019** by mailing a copy by United States Postal Service, postage prepaid, via email, and/or via electronic mail through the United States District Court's CM/ECF system to all CM/ECF registrants for this matter.

*/s/ Hector J. Carbajal II*
An Employee of CARBAJAL LAW