Hector J. Carbajal II, Esq.
Nevada Bar No. 6247
CARBAJAL LAW
10001 Park Run Drive
Las Vegas, Nevada 89145
T: (702) 846-0040
F: (702) 846-1329
hector@claw.vegas
*Attorneys for Defendant Ross Silver*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TALASAZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROSS SILVER, an individual; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00116-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

In accordance with LR 6-1, the parties stipulate as follows:

1. On May 8, 2020 the Court entered a Minute Order regarding the Briefs concerning the certification of questions of law to the Supreme Court of Nevada filed by the parties to this action (Doc. #42), which Minute Order directed the parties to submit a new joint pretrial order to the Court by June 15, 2020.

2. On May 20, 2020, given the May 8, 2020 Minute Order of the Court (Doc. #42), the parties entered into and submitted a Stipulation and Order to Extend Discovery Deadlines (Third Request) (Doc. #45). That Stipulation and Order includes and extension of the deadline for the joint pretrial order. The Stipulation and Order is still pending with the Court.

3. The May 8, 2020, Minute order of the Court opened discovery in the case. However, it did not provide a timeline or end date for discovery. Since the deadlines for dispositive motions is after the date for completing discovery, Defendant filed a Motion for Summary Judgment on

June 8, 2020 (Doc. #46).  If dispositive motions are filed, the deadline for filing the joint pretrial order is usually suspended until 30 days after decision on the dispositive motions or further court order.

4. Accordingly, the parties believe that the deadline for filing the joint pretrial order should be extended.  The parties agree that they shall file the joint pretrial order on or before the proposed deadline in their pending Stipulation and Order to Extend Discovery (Third Request) (Doc. #45) or 30 days after the date the Court rules on Defendant's pending motion for summary judgment (Doc. #46).

DATED June 10, 2020.   DATED June 10, 2020.

*/s/ Hector J. Carbajal II*
Hector J. Carbajal II, Esq.
CARBAJAL LAW
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendant*

*/s/ Christopher S. Connell*
Christopher S. Connell, Esq.
CONNELL LAW
6671 Las Vegas Blvd., Suite 201
Las Vegas, NV  89102

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  11th day of June, 2020.

- 2 -