1 CONNELL LAW
Christopher S. Connell, Esq.
2 Nevada Bar No. 12720
6671 Las Vegas Blvd., Suite 210
3 Las Vegas, NV 89102
(702) 266-6355; Fax: (702) 829-5930
4 cconnell@connelllaw.com
5 *Attorney for Plaintiff Michael Talasaz*

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

| | |
|---|---|
| 8  MICHAEL TALASAZ, an individual, | |
| 9          Plaintiff, | Case No.: 2:18-cv-00116-RFB-VCF |
| 10       v. | |
| 11 ROSS SILVER, an individual; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| 13 | |
| 14          Defendants. | |

COMES NOW, Plaintiff MICHAEL TALASAZ, (hereinafter "TALASAZ"), by and through his attorney of record, Christopher S. Connell, Esq. of the law firm of CONNELL LAW, and Defendant ROSS SILVER ("SILVER") by and through their attorney of record, Hector Carbajal, Esq. of the law firm of CARBAJAL LAW, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the Complaint filed by Plaintiff TALASAZ is dismissed WITH PREJUDICE as to all parties and in this matter and to any claims that the parties have between each of them.

///
///
///
///
///
///
///
///

IT IS FURTHER STIPULATED AND AGREED that all parties are to bear their own attorney's fees and costs.

IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| DATED this 18th day of June, 2020. | DATED this 18th day of June, 2020. |
| **CARBAJAL LAW** | **CONNELL LAW** |
| /s/ Hector Carbajal | /s/ Christopher Connell |
| Hector J. Carbajal II<br>Nevada Bar No. 6247<br>10001 Park Run Dr.<br>Las Vegas, Nevada 89145<br>*Attorney for Defendant* | Christopher S. Connell, Esq.<br>Nevada Bar No. 12720<br>6671 Las Vegas Blvd., Suite 210<br>Las Vegas, NV 89119<br>*Attorney for Plaintiff* |

### **ORDER**

Based upon the foregoing Stipulation to Dismiss with Prejudice by and between the parties, and good cause appearing, it is HEREBY ORDERED that the case is DISMISSED WITH PREJUDICE as to all parties, each party to bear their own attorney's fees and costs.

IT IS FURTHER ORDERED that all pending motions are denied without prejudice; the Clerk is instructed to close this case.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  15th day of September, 2020.